448 A.2d 1160

Commonwealth v. Strohecker, Appellant.

Submitted June 13, 1980. Robert L. Van Hoove, for appellant; J. Michael Morrissey, District Attorney, for Commonwealth, appellee.

572

Before PRICE, WICKERSHAM and LIPEZ, JJ.

Judgment of sentence affirmed.